IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAULA M. ERICKSON**                                                                 **PLAINTIFF**

**V.**                              **NO. 4:19-CV-00345 SWW/BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommendation to affirm the Commissioner. No objections have been filed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Paula M. Erickson's Complaint (Docket entry #2) is DISMISSED with prejudice.

DATED this 11th day of March, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.